UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARCIA BRYSON, | ) | CASE NO. 1:07CV724 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| MIDDLEFIELD VOLUNTEER FIRE | ) | ORDER |
| DEPARTMENT, INC., ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff's Motion to Strike Defendants' Reply Brief in Support of Their Partial Motion for Summary Judgment/to Dismiss and Attached Affidavit or, in the Alternative, for Leave to File a Surreply (ECF #11). The Court denies, in part, Plaintiff's Motion and will not strike Defendants' Reply Brief. The Court grants, in part, Plaintiff's Motion and will permit a Surreply. However, the Court will first conduct a Case Management Conference to be held October 2, 2007 at 2:00 PM to determine what, if any, discovery is needed by Plaintiff to properly prepare her Surreply.

IT IS SO ORDERED.

FILED
SEP 05 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge